**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-33498 |
| | § | |
| JOHN MICHAEL EGNOR | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/12/2016. The undersigned trustee was appointed on 07/12/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $362,500.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $6,641.86 |
    | Bank service fees | $2,155.15 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $353,702.99 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/13/2017 and the deadline for filing government claims was 01/08/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $21,375.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $21,375.00, for a total compensation of $21,375.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $31.10, for total expenses of $31.10.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/18/2019         By:   /s/ Randy W. Williams
                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1      Exhibit A

| Case No.: | 16-33498-H1-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | EGNOR, JOHN MICHAEL | | Date Filed (f) or Converted (c): | 07/12/2016 (f) |
| For the Period Ending: | 3/18/2019 | | §341(a) Meeting Date: | 08/15/2016 |
| | | | Claims Bar Date: | 02/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Condominium or cooperative 63 Dockside Dr. Somers Point NJ 08244 Atlantic | $222,929.00 | $0.00 | | $0.00 | FA |
| 2  Condominium or cooperative 900 S. Las Vegas Blvd. Unit 1109 Las Vegas NV 89101 Cook | $308,000.00 | $0.00 | | $0.00 | FA |
| 3  320 N. Dover Ave. Atlantic City NJ 08221 Atlantic Owned in equal parts with Debtor's sister and sister's husband. Wells Fargo's claim is $206,000.00 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Administered with compromise/settlement under asset no. 23. | | | | | |
| 4  Timeshare Aruba Surf Club Marriott Vacation Club Aruba Owner No. 2334051 Time Share Aruba Surf Club Co-owned with ex-wife. | $35,000.00 | $32,496.06 | | $0.00 | FA |
| 5  Furniture Las Vegas Condo (900 S. Las Vegas Blvd.) TV$250.00 King Bed (mattress, box spring, frame, metal headboard) Queen Bed (mattress, box spring, frame, metal headboard) 4- End Tables 1- Sofa 1- Reading Chair 1- TV (42") 1- Small Work Desk 1- Stacked washer and Dryer 3- Bar Stools 1- Set off Kitchen ware (glasses, plates, and flatware. 1- Set of Pots and Pans 1- Tool Bar with standard set of pliers, screwdrivers, hammer, etc 1- Vacuum 1- Iron 1- Ironing Board Assorted Bed linens and towels (2 sets of each) | $2,000.00 | $0.00 | | $0.00 | FA |
| 6  Golf Clubs | $300.00 | $0.00 | | $0.00 | FA |
| 7  Men's Clothes | $600.00 | $0.00 | | $0.00 | FA |
| 8  Watch (Fitbit) Gold Chain with Cross | $500.00 | $0.00 | | $0.00 | FA |
| 9  Cash | $20.00 | $20.00 | | $0.00 | FA |
| **Asset Notes:** funds exhausted by 341 meeting | | | | | |
| 10  Chase Checking account ending 6441 | $119.39 | $119.39 | | $0.00 | FA |
| **Asset Notes:** funds exhausted by 341 meeting | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| Case No.: | 16-33498-H1-7 | Trustee Name: | Randy W. Williams |
|---|---|---|---|
| Case Name: | EGNOR, JOHN MICHAEL | Date Filed (f) or Converted (c): | 07/12/2016 (f) |
| For the Period Ending: | 3/18/2019 | §341(a) Meeting Date: | 08/15/2016 |
| | | Claims Bar Date: | 02/13/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | EverBank Checking account ending 1775 | $621.27 | $621.27 | | $0.00 | FA |
| Asset Notes: | funds exhausted by 341 meeting | | | | | |
| 12 | Chase Savings account ending 1977 | $14.79 | $14.79 | | $0.00 | FA |
| Asset Notes: | funds exhausted by 341 meeting | | | | | |
| 13 | TD Ameritrade Other financial account 8267 | $245.37 | $0.00 | | $0.00 | FA |
| 14 | JME Hospitality Marketing, LLC Consulting Office Furnishing $5,900.00 6 computer work stations (@400.00 each) 2,400 (each stations consist of a computer, 2 monitors, keyboard and mouse) 1 Plotter 1,200 1 phone system 1,100 1 surface book 800 2 printers (@200 each) 400 Chase Total Business Savings Acct ending 7465 (Balance $6.65) Chase Business Classic Acct ending 0946 JME Hospitality Marketing Checking (Balance$2077.34) Accounts Receivables: $19,626.11 (1-30 days) $4,599.28 (31-60 days) $7,476.70 (61-90 days) $43,943.44 (>90 days) | $27,610.10 | $27,610.10 | | $0.00 | FA |
| Asset Notes: | Administered at with compromise/settlement under asset no. 23. | | | | | |
| 15 | Putter, Inc 206 Cambria Ave, Ste A Pleasantville, NJ 08232-2070 Putter holds the license rights to Patent listen on line item 26. Patent owned by debtor. Chase Total Business checking ending 8113 ($4.96) Chase Business Savings account 9831 ($25.08) 100% | $30.04 | $30.04 | | $0.00 | FA |
| Asset Notes: | Administered with compromise/settlement under asset no. 23. | | | | | |
| 16 | Distinctive Development, Limitada Costa Rican Company Corporate ID. 3-102-454353 Company owns proeprty in Costa Rica valued at $280,000.00. (Property subject to land dispute.) 5% | $14,000.00 | $900.00 | | $0.00 | FA |
| Asset Notes: | Administered with compromise/settlement under asset no. 23. | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3    Exhibit A

| Case No.: | 16-33498-H1-7 | Trustee Name: | Randy W. Williams |
|---|---|---|---|
| Case Name: | EGNOR, JOHN MICHAEL | Date Filed (f) or Converted (c): | 07/12/2016 (f) |
| For the Period Ending: | 3/18/2019 | §341(a) Meeting Date: | 08/15/2016 |
| | | Claims Bar Date: | 02/13/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | IRA TD Ameritrade Roth IRA Acct ending 2800 | $492.00 | $0.00 | | $0.00 | FA |
| 18 | IRA Morgan Stanley Traditional IRA Acct ending 9-626 | $6,501.09 | $0.00 | | $0.00 | FA |
| 19 | US Patent for PosiSet Patent ends 11/9/2021. | $15,000.00 | $0.00 | | $0.00 | FA |
| 20 | Claim on Estate of Mathew Feinstone for breach of contract, breach of fiduciary duties, unjust enrichment, Complaint filed May 16, 2016, Superior Court of NJ. Proof of Claim filed for $500,000.00 on the Estate of Matthew Feinstone, Deceased. Claim filed October 17, 2014. Right to Set-Off by Co-Plaintiff, Georganne Shockey. | $500,000.00 | $500,000.00 | | $300,000.00 | FA |
| Asset Notes: | hiring attorney re claim  Application to employ special counsel pending.  Litigation is expected to take some time.  Settlement reached.  Estate to receive $300,000.00  See dkt. 48. | | | | | |
| 21 | Season Tickets Ohio State University Football Games | $1,400.00 | $1,400.00 | | $0.00 | FA |
| Asset Notes: | Administered with compromise/settlement under asset no. 23. | | | | | |
| 22 | Proof of Claim filed in Egsue, Inc. Ch 11 converted to Ch 7 on 1/8/2015. USBC, NJ, Case No. 13-37353 | $6,000.00 | Unknown | | $0.00 | FA |
| 23 | Compromise/Settlement payments totaling $62,500. | $0.00 | $62,500.00 | | $62,500.00 | FA |
| Asset Notes: | Compromise/Settlement Agreement - payment total of $62,500 for (1) JME Hospitality Marketing, LLC; (2) Pending claim in Matthew Feinstone; (3) Putter Inc.; (4) Ohio University season tickets; (5) 5% interest in Distinctive Development; and (6) 320 N. Dover Ave., Atlantic City, NJ. | | | | | |

| TOTALS (Excluding unknown value) | | | | | | Gross Value of Remaining Assets |
| | | $1,141,383.05 | $625,711.65 | | $362,500.00 | $0.00 |

**Major Activities affecting case closing:**

12/17/2018    Settlement received.  Accountant in process of preparing final tax return.
10/01/2018    Awaiting payment of $300,000 settlement (see dkt. 48).  Final tax return and fee application for accountant needed.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 4     Exhibit A

| Case No.: | 16-33498-H1-7 | Trustee Name: | Randy W. Williams |
|---|---|---|---|
| Case Name: | EGNOR, JOHN MICHAEL | Date Filed (f) or Converted (c): | 07/12/2016 (f) |
| For the Period Ending: | 3/18/2019 | §341(a) Meeting Date: | 08/15/2016 |
| | | Claims Bar Date: | 02/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 08/01/2017 | Application to hire counsel entered. Litigation to proceed. Expected to take up to two years. |
| 07/14/2017 | Trustee has pending Application to Employ Special Counsel for pursuit of New Jersey Litigation against the estate of M. Feinstone. Application contested; hearing to be held July 29, 2017. |
| 02/08/2017 | Accountant employed |

| Initial Projected Date Of Final Report (TFR): | 12/31/2018 | Current Projected Date Of Final Report (TFR): | /s/ RANDY W. WILLIAMS |
|---|---|---|---|
| | | | RANDY W. WILLIAMS |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-33498-H1-7 | | Trustee Name: | Randy W. Williams |
|---|---|---|---|---|
| Case Name: | EGNOR, JOHN MICHAEL | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9112 | | Checking Acct #: | ******9801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/12/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/18/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/22/2016 | (23) | John Egnor | Payment # 1 per terms of settlement for Debtor to purchases assets. | 1129-000 | $15,000.00 | | $15,000.00 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.80 | $14,992.20 |
| 10/03/2016 | (23) | Chase cashier's check | Payment | 1249-000 | $12,500.00 | | $27,492.20 |
| 10/07/2016 | 3001 | International Sureties, Ltd. | Bond Payment - Bond #016071777 | 2300-000 | | $8.17 | $27,484.03 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $40.84 | $27,443.19 |
| 11/04/2016 | (23) | Chase cashier's check | Payment per Compromise | 1249-000 | $12,500.00 | | $39,943.19 |
| 11/28/2016 | (23) | Chase cashier's check | Payment per Compromise | 1249-000 | $12,500.00 | | $52,443.19 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $62.37 | $52,380.82 |
| 12/15/2016 | (23) | Chase cashier's check | Payment per Compromise | 1249-000 | $10,000.00 | | $62,380.82 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $92.85 | $62,287.97 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $100.51 | $62,187.46 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $90.64 | $62,096.82 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $106.67 | $61,990.15 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $90.35 | $61,899.80 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $99.88 | $61,799.92 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $102.94 | $61,696.98 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $93.13 | $61,603.85 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $99.41 | $61,504.44 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $99.24 | $61,405.20 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $95.89 | $61,309.31 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $95.74 | $61,213.57 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $98.78 | $61,114.79 |
| 01/19/2018 | 3002 | International Sureties, Ltd. | Blanket Bond Payment - 10/1/17 - 10/1/18 | 2300-000 | | $6.74 | $61,108.05 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $98.61 | $61,009.44 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $88.92 | $60,920.52 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $101.47 | $60,819.05 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $91.81 | $60,727.24 |
| | | | **SUBTOTALS** | | **$62,500.00** | **$1,772.76** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-33498-H1-7 | Trustee Name: | Randy W. Williams |
|---|---|---|---|
| Case Name: | EGNOR, JOHN MICHAEL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9112 | Checking Acct #: | ******9801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/12/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/18/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $97.99 | $60,629.25 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $97.83 | $60,531.42 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $94.52 | $60,436.90 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $106.96 | $60,329.94 |
| 10/16/2018 | 3003 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $14.82 | $60,315.12 |
| 10/16/2018 | 3003 | VOID: International Sureties, Ltd. | void bond payment check - incorrect amount | 2300-003 | | ($14.82) | $60,329.94 |
| 10/16/2018 | 3004 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $19.23 | $60,310.71 |
| 11/14/2018 | (20) | Christopher Stanchina | Settlement payment. See dkt. 48 | 1149-000 | $300,000.00 | | $360,310.71 |
| 01/31/2019 | 3005 | Thompson & Knight LLP | Paralegal services. See dkt. 52 | * | | $2,685.72 | $357,624.99 |
| | | | | $(2,363.00) | 3110-000 | | $357,624.99 |
| | | | | $(322.72) | 3120-000 | | $357,624.99 |
| 03/15/2019 | 3006 | Carr Riggs & Ingram | Dkt 56 | 3410-000 | | $3,922.00 | $353,702.99 |
| | | | **TOTALS:** | | $362,500.00 | $8,797.01 | $353,702.99 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $362,500.00 | $8,797.01 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $362,500.00 | $8,797.01 | |

| For the period of 7/12/2016 to 3/18/2019 | | For the entire history of the account between 09/22/2016 to 3/18/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $362,500.00 | Total Compensable Receipts: | $362,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $362,500.00 | Total Comp/Non Comp Receipts: | $362,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,797.01 | Total Compensable Disbursements: | $8,797.01 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,797.01 | Total Comp/Non Comp Disbursements: | $8,797.01 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3   Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 16-33498-H1-7 | Trustee Name: | Randy W. Williams |
|---|---|---|---|
| Case Name: | EGNOR, JOHN MICHAEL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9112 | Checking Acct #: | ******9801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/12/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/18/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $362,500.00 | $8,797.01 | $353,702.99 |

**For the period of 7/12/2016 to 3/18/2019**

| | |
|---|---|
| Total Compensable Receipts: | $362,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $362,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,797.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,797.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/12/2016 to 3/18/2019**

| | |
|---|---|
| Total Compensable Receipts: | $362,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $362,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,797.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,797.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RANDY W. WILLIAMS

RANDY W. WILLIAMS

**CLAIM ANALYSIS REPORT**  Page No: 1    Exhibit C

| Case No. | 16-33498-H1-7 | Trustee Name: | Randy W. Williams |
| Case Name: | EGNOR, JOHN MICHAEL | Date: | 3/18/2019 |
| Claims Bar Date: | 02/13/2017 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RANDY W. WILLIAMS  7924 Broadway, Suite 104  Pearland TX 77511 | 03/18/2019 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $21,375.00 | $21,375.00 | $0.00 | $0.00 | $0.00 | $21,375.00 |
| | RANDY W. WILLIAMS  7924 Broadway, Suite 104  Pearland TX 77511 | 03/18/2019 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | Allowed | 2200-000 | $0.00 | $31.10 | $31.10 | $0.00 | $0.00 | $0.00 | $31.10 |
| 4 | INTERNAL REVENUE SERVICE  CENTRALIZED INSOLVENCY OPERATIONS  PO BOX 7346  PHILADELPHIA PA 19101-7346 | 12/01/2016 | SECURED | Allowed | 4110-000 | $0.00 | $7,489.89 | $7,489.89 | $0.00 | $0.00 | $0.00 | $7,489.89 |
| 6 | GRANT SUPPLY COMPANY, INC.  C/O The Turner Law Firm, LLC  76 South Orange Ave Ste 306  South Orange NJ 07079 | 12/16/2016 | SECURED | Disallowed | 4110-000 | $0.00 | $8,320.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Property not administered by trustee

| 8 | SUNSET MARINA AT SOMERS POINT CONDOMINIUM ASSOCIAT  c/o Chester A. Luszcz, Esquire  429 White Horse Pike  Haddon Heights NJ 08035 | 01/20/2017 | SECURED | Disallowed | 4110-000 | $4,134.00 | $2,040.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Property not administered by Trustee

**CLAIM ANALYSIS REPORT**  Page No: 2     Exhibit C

| Case No. | 16-33498-H1-7 | | | | | | | Trustee Name: | | | Randy W. Williams | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | EGNOR, JOHN MICHAEL | | | | | | | Date: | | | 3/18/2019 | |
| Claims Bar Date: | 02/13/2017 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4a | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 12/01/2016 | 507(A) 8 -- TAXES | Allowed | 5800-000 | $0.00 | $1,315,379.90 | $1,315,379.90 | $0.00 | $0.00 | $0.00 | $1,315,379.90 |
| 1 | TRAVELERS INDEMNITY COMPANY<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 361345<br>Columbus OH 43236 | 09/01/2016 | UNSECURED | Allowed | 7100-000 | $0.00 | $1.00 | $1.00 | $0.00 | $0.00 | $0.00 | $1.00 |
| 2 | BROEGE NEUMANN FISCHER AND SHAVER LLC<br>25 Abe Voorhees Drive<br>Manasquan NJ 08736 | 11/18/2016 | UNSECURED | Allowed | 7100-000 | $0.00 | $5,460.00 | $5,460.00 | $0.00 | $0.00 | $0.00 | $5,460.00 |
| 3 | ATLANTIC CITY ELECTRIC<br>PO Box 13610<br>Philadelphia PA 19101-3610 | 11/18/2016 | UNSECURED | Allowed | 7100-000 | $1.00 | $8,867.12 | $8,867.12 | $0.00 | $0.00 | $0.00 | $8,867.12 |

**Claim Notes:**    (3-1) services performed

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4b | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 12/01/2016 | UNSECURED | Allowed | 7100-000 | $73,713.00 | $115,494.77 | $115,494.77 | $0.00 | $0.00 | $0.00 | $115,494.77 |
| 5 | ALAN L. FRANK, ESQUIRE<br>Alan L. Frank Law Associates, PC<br>135 Old York Road<br>Jenkintown PA 19046 | 12/06/2016 | UNSECURED | Allowed | 7100-000 | $0.00 | $1,400,000.00 | $1,400,000.00 | $0.00 | $0.00 | $0.00 | $1,400,000.00 |

CLAIM ANALYSIS REPORT

Page No: 3    Exhibit C

| Case No. | 16-33498-H1-7 | | | Trustee Name: | Randy W. Williams |
| Case Name: | EGNOR, JOHN MICHAEL | | | Date: | 3/18/2019 |
| Claims Bar Date: | 02/13/2017 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | AMERICAN EXPRESS BANK, FSB  c/o Becket and Lee LLP  PO Box 3001  Malvern PA 19355-0701 | 01/13/2017 | UNSECURED | Allowed | 7100-000 | $1.00 | $554.78 | $554.78 | $0.00 | $0.00 | $0.00 | $554.78 |
| 9 | STEVEN J. BUSHINSKY, ESQUIRE  1526 Berlin Road  Cherry Hill NJ 08003 | 02/22/2017 | UNSECURED TARDILY FILED 726 (a)(3) | Amended | 7200-000 | $0.00 | $9,778.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | See Claim 12 | | | | | | | | | | | |
| 10 | STEVEN J. BUSHINSKY, ESQUIRE  1526 Berlin Road  Cherry Hill NJ 08003 | 02/22/2017 | UNSECURED TARDILY FILED 726 (a)(3) | Allowed | 7200-000 | $0.00 | $23,226.36 | $23,226.36 | $0.00 | $0.00 | $0.00 | $23,226.36 |
| **Claim Notes:** | (10-1) contributions to an employee benefit plan | | | | | | | | | | | |
| 11 | SILVER STATE TRUSTEE SERVICES, LLC  1424 South Jones Blvd.  Las Vegas NV 89146-1231 | 02/23/2017 | UNSECURED TARDILY FILED 726 (a)(3) | Disallowed | 7200-000 | $0.00 | $10,496.33 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (11-1) Homeowner&#039;s Association Assessments.   Property not administered by trustee. | | | | | | | | | | | |
| 12 | REFRIGERATION, A/C AND SERVICE DIVISION  (U.A. - N.J.)  Welfare, Pension & Annuity Fund  c/o Steven J. Bushinsky, Esq.  1526 Berlin Road  Cherry Hill NJ 08003 | 05/02/2017 | UNSECURED TARDILY FILED 726 (a)(3) | Allowed | 7200-000 | $1.00 | $25,760.57 | $25,760.57 | $0.00 | $0.00 | $0.00 | $25,760.57 |
| | | | | | | $2,954,275.06 | $2,923,640.49 | $0.00 | $0.00 | $0.00 | $0.00 | $2,923,640.49 |

CLAIM ANALYSIS REPORT  Page No: 4   Exhibit C

| | | |
|---|---|---|
| **Case No.** | 16-33498-H1-7 | **Trustee Name:** Randy W. Williams |
| **Case Name:** | EGNOR, JOHN MICHAEL | **Date:** 3/18/2019 |
| **Claims Bar Date:** | 02/13/2017 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | $21,375.00 | $21,375.00 | $0.00 | $0.00 | $0.00 | $21,375.00 |
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE EXPENSES | $31.10 | $31.10 | $0.00 | $0.00 | $0.00 | $31.10 |
| 507(A) 8 -- TAXES | $1,315,379.90 | $1,315,379.90 | $0.00 | $0.00 | $0.00 | $1,315,379.90 |
| SECURED | $17,850.02 | $7,489.89 | $0.00 | $0.00 | $0.00 | $7,489.89 |
| UNSECURED | $1,530,377.67 | $1,530,377.67 | $0.00 | $0.00 | $0.00 | $1,530,377.67 |
| UNSECURED TARDILY FILED 726 (a)(3) | $69,261.37 | $48,986.93 | $0.00 | $0.00 | $0.00 | $48,986.93 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 16-33498
Case Name: JOHN MICHAEL EGNOR
Trustee Name: Randy W. Williams

Balance on hand:  $353,702.99

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | INTERNAL REVENUE SERVICE | $7,489.89 | $7,489.89 | $0.00 | $7,489.89 |
| 6 | Grant Supply Company, Inc. | $8,320.13 | $0.00 | $0.00 | $0.00 |
| 8 | Sunset Marina at Somers Point Condominium Associat | $2,040.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:  $7,489.89
Remaining balance:  $346,213.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Randy W. Williams, Trustee Fees | $21,375.00 | $0.00 | $21,375.00 |
| Randy W. Williams, Trustee Expenses | $31.10 | $0.00 | $31.10 |
| Thompson & Knight LLP, Attorney for Trustee Fees | $2,363.00 | $2,363.00 | $0.00 |
| Thompson & Knight LLP, Attorney for Trustee Expenses | $322.72 | $322.72 | $0.00 |
| Carr Riggs & Ingram, Accountant for Trustee Fees | $3,922.00 | $3,922.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:  $21,406.10
Remaining balance:  $324,807.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $324,807.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,315,379.90 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4a | INTERNAL REVENUE SERVICE | $1,315,379.90 | $0.00 | $324,807.00 |

|  | Total to be paid to priority claims: | $324,807.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,530,377.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Travelers Indemnity Company | $1.00 | $0.00 | $0.00 |
| 2 | Broege Neumann Fischer and Shaver LLC | $5,460.00 | $0.00 | $0.00 |
| 3 | Atlantic City Electric | $8,867.12 | $0.00 | $0.00 |
| 4b | INTERNAL REVENUE SERVICE | $115,494.77 | $0.00 | $0.00 |
| 5 | Alan L. Frank, Esquire | $1,400,000.00 | $0.00 | $0.00 |
| 7 | American Express Bank, FSB | $554.78 | $0.00 | $0.00 |

|  | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $48,986.93 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured)

UST Form 101-7-TFR (5/1/2011)

claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 10 | Steven J. Bushinsky, Esquire | $23,226.36 | $0.00 | $0.00 |
| 12 | Refrigeration, A/C and Service Division | $25,760.57 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**